**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED

JUL 09 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                    INDICTMENT NO. 26-51-DLB-CJS
                                          **18 U.S.C. § 922(o)**

**GAVIN GRAY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 7, 2026, in Boone County, in the Eastern District of Kentucky,

**GAVIN GRAY**

knowingly possessed a machinegun, that is, a Glock, Model 17 Gen 5, 9x19mm caliber

pistol bearing serial number CFCR165, with a machinegun-conversion device, in

violation of 18 U.S.C. § 922(o).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1.      By virtue of the commission of the felony offense alleged in this

Indictment, **GAVIN GRAY** shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. §

922. Any and all interest that **GAVIN GRAY** has in this property is vested in and

forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.      The property to be forfeited includes, but is not limited to, the following:

a. Glock, Model 17 Gen 5, 9x19mm caliber pistol, with a machine gun-conversion device, bearing serial number CFCR165, and

b. All associated ammunition and accessories.

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

JOEL KING
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.

**PLUS:**     Forfeiture of all listed property.